# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                          NO.  4:05CR00035-002 SWW

CHARLENE WILSON JOHNSON

<u>ORDER</u>

On December 2, 2005, the Court ordered that defendant be taken into custody immediately by the United States Marshal and detained pending a clear or near clear drug test as determined by the U. S. Probation Office.  Following a negative test, a sentencing hearing was held on December 20, 2005.  At the conclusion of the sentencing hearing, the Court took up the matter of the government's motion to revoke defendant's bond for violations of conditions of her release.  After statements on the record, the Court found that defendant's bond should be revoked.

IT IS THEREFORE ORDERED that defendant's bond hereby is revoked, and defendant shall remain in custody and immediately begin service of the sentence imposed.

IT IS SO ORDERED this 21st day of December, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE